# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>G. TORRES, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | CV F 06-773 OWW LJO P<br><br>ORDER DENYING MOTION REQUESTING<br>RETURN OF ORIGINAL EXHIBITS (Doc. 8.) |

　　　Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On August 28, 2006, Plaintiff filed a pleading titled "Motion Requesting That The court Make An Order Directing the Clerks to Return Original Exhibits." In this pleading, Plaintiff states that he just became aware of the Local Rule which informs litigants that they should not send original exhibits to the Court. Thus, Plaintiff is asking the Court to issue an Order directing the Clerk of Court to return the exhibits to him.

　　　Plaintiff's request is DENIED. Once documents are submitted to the Court, they become part of the Court record. It is for this reason that litigants are advised that they should not send

original exhibits to the Court.  Although documents are retained for a period after being electronically scanned into the Court docketing system, they are retained for the purpose of re-scanning should the original scanned document be or become unreadable.  In the event that Plaintiff has not retained a copy of pleadings or exhibits he has submitted to the Court, he may obtain them by making a request in writing to the Clerk's Office at $.50 per page, not including postage.  Accordingly, Plaintiff's request that the original exhibits be returned to him is DENIED.

IT IS SO ORDERED.

**Dated:   September 28, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE