IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-00773-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 18) |
| TORRES, et al., | ORDER DISMISSING CERTAIN CLAIMS AND DISMISSING DEFENDANT ROUSSEAU |
| Defendants. | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS C/O TORRES, C/O MORALES, C/O GRIMSLEY, AND SGT. MARTINEZ |

Robert Hackworth ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 10, 2008, findings and recommendations were entered, recommending that this action proceed only on plaintiff's Eighth Amendment claim for excessive force and First Amendment claim for retaliation against defendants C/O Torres, C/O Morales, C/O Grimsley, and Sgt. Martinez. The court also recommended that plaintiff's due process claims against Sgt. Martinez, C/O Torres, and Lt. Rousseau be dismissed for failure to state a claim upon which relief may be granted under section 1983. Further, the court recommended that defendant Lt. Rousseau be

1

1 dismissed from this action based on plaintiff's failure to state any claims upon which relief may be
2 granted against him.   Plaintiff was provided an opportunity to file objections to the findings and
3 recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise
4 responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 10, 2008, are ADOPTED IN FULL;

2. This action NOW PROCEEDS only on plaintiff's Eighth Amendment claim for excessive force and First Amendment claim for retaliation against defendants C/O Torres, C/O Morales, C/O Grimsley, and Sgt. Martinez;

3. Plaintiff's due process claims against Sgt. Martinez, C/O Torres, and Lt. Rousseau are DISMISSED for failure to state a claim upon which relief may be granted under section 1983;

4. Defendant Lt. Rousseau is DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against him; and

5. The Clerk is DIRECTED to reflect dismissal of defendant Lt. Rousseau on the docket.

IT IS SO ORDERED.

**Dated:   July 28, 2008**                         /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE