IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hackworth, | Case 1:06-CV-0773-RCC |
| Plaintiff, | |
| vs. | <u>ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM</u> |
| G. Torres, et al., | |
| Defendants. | <u>FIFTEEN-DAY DEADLINE</u> |
| _____/ | |

Plaintiff is a prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Torres, Morales, Grimsley, and Martinez. (Doc. 23).

The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division and marked "Confidential." Such statements shall be limited to five (5) pages and shall include the following:

1.  the party's assessment of whether the instant action is of the type that would

1            benefit from a settlement proceeding;

2     2.     the party's assessment of what factors, if any, will prevent settlement of this

3            matter prior to trial; and

4     3.     any additional information the court may find useful in determining whether to set

5            this matter for a settlement conference.

6     Should the Court determine this action to be appropriate for referral to the Prisoner

7 Settlement Program, the Court will set this matter for settlement conference before a magistrate

8 judge or district judge.

9     IT IS SO ORDERED.

10    DATED this 12th day of May, 2011.

_____
Raner C. Collins
United States District Judge

cc:   ADR Division, Attention: Sujean Park
      US District Court
      501 I Street, Suite 4-200
      Sacramento, CA 95814
      Fax: (916) 491-3912
      email: spark@caed.uscourts.gov