1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Hackworth,                              Case 1:06-CV-0773-RCC

            Plaintiff,

     vs.

G. Torres, et al.,

           Defendants.                     <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on December 2, 2011, at 1:00 p.m. in Courtroom #25.

     In accordance with the above,  IT IS HEREBY ORDERED that:

     1.  This case is set for a settlement conference before  Magistrate Judge Kendall J. Newman on December 2, 2011, at 1:00 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #25.

     2.  Parties are to appear with full settlement authority.

     3.  The parties are directed to exchange non-confidential settlement statements seven days prior to this settlement conference.  These statements shall simultaneously be

1

1 delivered to the court using the following email address: kjnorders@caed.uscours.gov.  Plaintiff

2 shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.

3 If a party desires to share additional confidential information with the court, they may do so

4 pursuant to the provisions of Local Rule 270(d) and (e).

6        DATED this 29th day of October, 2011.

Raner C. Collins
United States District Judge