## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

        Plaintiff,                      Case 1:06-CV-0773-RCC

  vs.

G. TORRES, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
                                            **AD TESTIFICANDUM**

      Robert Hackworth, inmate # C-96290, a necessary and material witness in proceedings in this case on December 2, 2011, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, California, 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman on Friday, December 2, 2011 at 1:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, P. O. Box 1020, Soledad, California, 93960:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the mediation conference or as ordered by Judge Newman.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    DATED this 29th day of October, 2011.

                                                                */s/ Raner C. Collins*
                                                                Raner C. Collins
                                                           United States District Judge

hack0773.841