IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Robert Hackworth, | ) | 1:06-CV-773-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| G. Torres; et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff filed two motions for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Docs. 66 and 68). The Court will grant the motions. Todd Jackson has been selected from the court's pro bono attorney panel to represent Plaintiff, and he has accepted the appointment. Accordingly,

**IT IS ORDERED**:

1. Todd Jackson is appointed as counsel in the above entitled matter.

2. Todd Jackson shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Todd Jackson at Butler, Oden & Jackson, P.C., 3573 East Sunrise Drive, Suite 125, Tucson, Arizona 85718.

Case 1:06-cv-00773-RC   Document 70   Filed 07/23/12   Page 2 of 2

**IT IS FURTHER ORDERED** denying Plaintiff's Motion Requesting this Case be Heard or Set for Settlement Hearing. (Doc. 59).

DATED this 23rd day of July, 2012.

_____
Raner C. Collins
United States District Judge

- 2 -