# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,                          CASE NO. 1:06-cv-00773-RC

               Plaintiff,
                                  **ORDER**

    v.

G. TORRES, et al.,

               Defendants.

_____/

      This matter is set for telephonic trial confirmation hearing before the Honorable Raner C. Collins on **April 1, 2013, at 2:00 p.m.** The Court previously stated it would provide instructions to the parties for initiating the telephonic trial confirmation hearing.

      Accordingly,

      **IT IS HEREBY ORDERED** a telephonic trial confirmation hearing shall be held on Monday, April 1, 2013 at 2:00 p.m. in front of the Honorable Raner C. Collins in Courtroom #5D located at the Evo A. DeConcini United States Courthouse, 405 W. Congress St., Tucson, Arizona 85701.

      **IT IS FURTHER ORDERED** Defense counsel is responsible for arranging the telephonic call for the trial confirmation hearing and shall make arrangements for Plaintiff's participation. Defense counsel shall call Judge Collins' chambers to initiate the teleconference at (520) 205-4540

1   and the Judge's secretary will transfer the call to the courtroom. Plaintiff's counsel, Todd Jackson,

2   shall appear in person for the hearing.

3        DATED this 8th day of January, 2013.

_____
Raner C. Collins
United States District Judge