# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-00773-RC |
| Plaintiff, | **ORDER** |
| v. | |
| G. TORRES, et al., | |
| Defendants. | |

The Court has received Defendants' Motion for Leave to File Motion For Judgment on the Pleadings. (Doc. 84). The Court, by this order, will set an expedited briefing schedule to resolve the Motion for Leave to File. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Response to Defendants' Motion for Leave to File shall be due by **Wednesday, June 19, 2013.** Defendants' Reply, if any, shall be due by **Friday, June 21, 2013.** The Court finds oral argument on this matter unnecessary, and will issues its order on the Motion for Leave to File no later than **Monday, June 24, 2013**.

**IT IS FURTHER ORDERED** the Court declines to issue a stay of the proceedings in this case, and the parties shall continue to comply with the Revised Second Scheduling Order issued by the Court on February 5, 2013.

DATED this 12th day of June, 2013.

Raner C. Collins
United States District Judge