# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-00773-RC |
| Plaintiff, | **ORDER** |
| v. | |
| G. TORRES, et al., | |
| Defendants. | |

_____ /

Pending before the Court is Defendants' Motion for Leave to File Motion For Judgment on the Pleadings. (Doc. 84). The Motion has been fully briefed. Although the Court notes that Defendants' request comes just two months before trial, the Court also finds good cause to allow Defendants to file the motion and potentially avoid the time and expense of trial on this matter.

Accordingly,

**IT IS HEREBY ORDERED** granting Defendants' Motion for Leave to File Motion for Judgment on the Pleadings (Doc. 84). Document 85 shall be docketed as Defendants' Motion for Judgement on the Pleadings.

**IT IS FURTHER ORDERED** Plaintiff's Response to Defendants' Motion for Judgement on the Pleadings shall be due by **Monday, July 1, 2013.** Defendants' Reply shall be due by **Friday, July 5, 2013.** The Court shall determine whether to hold a hearing on the motion at the telephonic trial confirmation hearing on July 8, 2013.

1

1   **IT IS FURTHER ORDERED** the Court declines to issue a stay of the proceedings in this
2   case, and the parties shall continue to comply with the Revised Second Scheduling Order issued by
3   the Court on February 5, 2013.
4       DATED this 21st day of June, 2013.

_____
Raner C. Collins
United States District Judge