# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-00773-RC |
| Plaintiff, | **ORDER** |
| v. | |
| G. TORRES, et al., | |
| Defendants. | |

_____/

Upon motion of counsel (Doc. 97), and good cause appearing,

**IT IS ORDERED** that counsel for Plaintiff may appear telephonically for the July 8, 2013 Trial Confirmation Hearing.

DATED this 3rd day of July, 2013.

Raner C. Collins
United States District Judge

1