# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-00773-RC |
| Plaintiff, | |
| v. | **ORDER** |
| G. TORRES, et al., | |
| Defendants. | |

_____/

**IT IS HEREBY ORDERED** resetting the trial in this matter for **Tuesday, August 13, 2013 at 8:30 a.m.**

1) Jury selection shall be held at 8:30 a.m. in front of United States Magistrate Judge Stanley A. Boone in Courtroom #9, United States Courthouse, 2500 Tulare Street, Fresno, California.

2) Trial shall begin at 1:00 p.m. in front of United States District Judge Raner C. Collins in Courtroom #3, United States Courthouse, 2500 Tulare Street, Fresno, California.

3) The parties shall complete and electronically file the attached form authorizing their consent to magistrate judge jurisdiction for the limited purpose of jury selection in this matter.

DATED this 12th day of July, 2013.

Raner C. Collins
United States District Judge

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA AT FRESNO

ROBERT HACKWORTH,
                Plaintiff(s)/Petitioner(s),

vs.

                                                    CASE NO. 1:06-cv000773-RC

G. TORRES, et al.,
                Defendant(s)/Respondent(s).

---

*IMPORTANT*:    √ **CHECK AND SIGN *ONLY ONE* SECTION OF THIS FORM, THEN RETURN IT TO THE CLERK'S OFFICE NOT LATER THAN 20 DAYS FOLLOWING YOUR FIRST APPEARANCE, ANSWER OR RESPONSIVE PLEADING.**

---

☐    *LIMITED CONSENT* **TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned hereby voluntarily consents to United States Magistrate Judge Stanley A. Boone **for the limited purpose of selecting a civil jury in the trial of this case.**

Date: _____    Signature: _____

                                             Print Name:_____
                                               ( ) Plaintiff/Petitioner    ( ) Defendant/Respondent
                                             ( ) Counsel for * _____

---

☐    *DECLINE* **OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____    Signature: _____

                                             Print Name:_____
                                               ( ) Plaintiff/Petitioner    ( ) Defendant/Respondent
                                             ( ) Counsel for *_____

---

***If representing more than one party, counsel must indicate name of each party responding.***