UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

        Plaintiff,                Case 1:06-CV-0773-RCC

  vs.

G. TORRES, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Robert Hackworth, inmate # C-96290, a necessary and material witness on his own behalf in proceedings in this case on August 13, 2013, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, California, 93960, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Stanley A. Boone in Courtroom #9, United States Courthouse, 2500 Tulare Street, Fresno, California on **Tuesday, August 13, 2013 at 8:30 a.m.** for jury selection. Further, the custodian shall produce the inmate to appear before United States District Judge Raner C. Collins in Courtroom #3, United States Courthouse, 2500 Tulare Street, Fresno, California on **Tuesday, August 13, 2013 at 1:00 p.m.** for trial.

        **ACCORDINGLY, IT IS ORDERED that**:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Salinas Valley State Prison, P. O. Box 1020, Soledad, California, 93960:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to court.**

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

        DATED this 12th day of July, 2013.

_____
Raner C. Collins
United States District Judge

hack0773.841