# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

        Plaintiff,           Case 1:06-CV-0773-RCC

vs.

G. TORRES, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Lonnie Clark Williams, CDCR #T54378, a necessary and material witness in proceedings in this case on August 13, 2013, is confined in California State Prison, Sacramento (SAC), Prison Road, Represa, CA 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Judge Raner C. Collins in Courtroom #3, United States Courthouse, 2500 Tulare Street, Fresno, California on **Tuesday, August 13, 2013 at 1:00 p.m.**

      **ACCORDINGLY, IT IS ORDERED that**:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Sacramento, P.O. Box 290002, Represa, CA 95671:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to court.**

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

      DATED this 12th day of July, 2013.

                                              _____
                                                        Raner C. Collins
                                                   United States District Judge

hack0773.841