# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,                           CASE NO. 1:06-cv-00773-RC

              Plaintiff,

    v.                                                    **ORDER**

G. TORRES, et al.,

              Defendants.

_____/

    Upon stipulation of the parties (Doc. 114), and good cause appearing,

    **IT IS ORDERED** that the Clerk of Court shall file under seal Plaintiff's Motions in Limine.

    DATED this 23rd day of July, 2013.

_____

Raner C. Collins
United States District Judge

1